IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MAGERMAN, | )  |
| Plaintiff, | ) Civil Action No. 2017-3490 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| ROBERT MERCER, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of **Thomas A. Leonard**, of Cozen O'Connor, as counsel on behalf of Plaintiff **David Magerman**, in the above-captioned action.

Respectfully submitted,

COZEN O'CONNOR

Date: September 5, 2017        By: */s/ Thomas A. Leonard*
Thomas A. Leonard, Esquire (PA 317121)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-2000
215-665-2013 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2017, a copy of the foregoing Notice of Withdrawal of Appearance was served upon all counsel of record via the court's electronic filing system.

                */s/ Thomas A. Leonard*
                Thomas A. Leonard