IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Magerman,<br><br>          Plaintiff,<br><br>     v.<br><br>Robert Mercer,<br><br>          Defendant. | Civil Action No. 2:17-cv-3490 |

### DEFENDANT ROBERT MERCER'S MOTION TO COMPEL ARBITRATION AND DISMISS

For the reasons set out in the attached memorandum of points and authorities, Defendant Robert Mercer respectfully moves the Court to compel arbitration of all claims and dismiss the case, or alternatively, to dismiss the case on the merits.

Dated:  September 5, 2017          Respectfully submitted,

/s Melanie L. Katsur
Randy M. Mastro (*pro hac vice admission pending*)
rmastro@gibsondunn.com
Mylan L. Denerstein (*pro hac vice admission pending*)
mdenerstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Jason C. Schwartz (*pro hac vice admission pending*)
jschwartz@gibsondunn.com
Melanie L. Katsur (PA 88458)
mkatsur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5303
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Robert Mercer*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of September, 2017, I caused a copy of the foregoing to be served upon all counsel of record via ECF.

                                               /s Melanie L. Katsur
                                               Melanie L. Katsur