IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

David Magerman,

         Plaintiff,

v.

Robert Mercer,

         Defendant.

Civil Action No. 2:17-cv-3490

**ORDER**

Before the Court is the Defendant's Motion to Compel Arbitration and Dismiss (Doc. ___). Having considered the motion, the Plaintiff's Complaint (Doc. 1), and the full record before it, it is hereby ORDERED that:

1. The motion is GRANTED.

2. The case is DISMISSED WITH PREJUDICE.

3. Plaintiff is COMPELLED to pursue his claims in arbitration pursuant to the employment agreement attached as Exhibit A to the Complaint, to the extent he elects to pursue them.

4. Costs are awarded to the Defendant.

ORDERED this _____ day of _____, 2017.

                                                C. Darnell Jones, II
                                                U.S. District Judge