APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN                    :        CIVIL ACTION
                                  :
         v.                       :
                                  :
ROBERT MERCER                     :        NO.   2:17-cv-3490

FILED

SEP -7 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this _6th_ Day of _September_ , 2017 , it is hereby

ORDERED that the application of _Jason C. Schwartz_ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.

☐  DENIED.

_____ J.