APPENDIX  X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN                          :          CIVIL ACTION

                                                     :

v.                                                   :

ROBERT MERCER                           :          NO.   2:17-cv-3490

**FILED**

**SEP -7 2017**

KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this _6th_ Day of _September_ , 20_17_, it is hereby

ORDERED that the application of _Mylan L. Denerstein_____ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.