APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID MAGERMAN : CIVIL ACTION
:
v. :
:
ROBERT MERCER : NO. 2:17-cv-3490

FILED
SEP -7 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 6th Day of September, 2017, it is hereby

ORDERED that the application of Randy M. Mastro, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.