# EXHIBIT D

From: "David Magerman" <magerman@rentec.com>
To: "Mark Silber" <silber@rentec.com>, "Carla Porter" <carla@rentec.com>, "Lavonne Wesner" <lavonne@rentec.com>
Cc: "David Magerman" <dmmagerman@gmail.com>
Sent: Sunday, January 29, 2017 6:59:10 AM
Subject: Exercising my rights to free speech

Dear Mark, Carla and Lavonne,

I am informing you of my plans to speak out against the Trump administration, and, in particular, the role being played by current and former Renaissance employees. I plan to abide by the employee handbook, even though I am not sure that the terms in it are legal and enforceable. Nonetheless, since I agreed to them, I will abide by them.

To wit, the employee handbook requires:

1) I refrain from "insubordination, discourtesy, rudeness, and/or abuse of fellow employees or other persons involved in Company business." As such, I will make an effort to avoid all of these acts to the best of my ability.

2) I cannot make or publish "false, vicious, or malicious statements concerning employees, the Company or its business." I plan to only make honest and accurate statements about an employee and a former employee, and I will make no reference to the Company or its business, except to identify myself as a long-time employee of the Company.

3) I cannot communicate with the media in any forms "concerning Renaissance matters." I plan to mention nothing relating to Renaissance matters. I will make no mention of my role at the Company nor divulge any details of the business of the Company.

I fully understand that a corporation has no legal obligation with respect to an employee's constitutional rights, and that I could be putting myself in a bad light with management for speaking out in a public forum against a fellow employee, especially one in senior management. However, completely independent of my role at Renaissance, I am a respected communal leader, a person with responsibilities under my religion and under my conscience, and someone who would naturally be outspoken against what I deem to be morally or legally wrong, regardless of my relationship to its perpetrators.

I have great respect for Bob Mercer as a manager and as a brilliant scientific thinker, and I have no plans to defame him or Rebekah frivolously or with malice. Nonetheless, the Mercers' public and blatant support for the Trump candidacy, presidency and agenda has cast a taint on all Renaissance employees, including myself. To disallow employees to politely and honestly, but publicly, respond to this taint, and and to prevent us from disavowing it in as public a forum as he has been allowed to promote it, is frankly unfair and untenable.

I do not believe that the act of speaking out publicly against the current administration and its supporters should jeopardize my employment status, as nothing I plan to do violates my employment agreement. In fact, I believe if I had acted as Bob has, casting a negative light on the company and its employees by openly taking a political stance which many, including current employees, business partners, and investors, find abhorrent, I believe I might be more likely to be accused of violating my employment contract. And, unlike the president of the United States, who is immune from some rules governing the morality of government employees, I believe the CEO is bound by the same employee handbook that all employees are bound by.

1

I would appreciate a response from our legal counsel and human resources to affirm that, as long as I abide by the rules of the employee handbook to the best of my ability, my employment at Renaissance will not be jeopardized, and I will not be subject to any retaliation in the workplace for my public speech. If you believe I have misunderstood my obligations as an employee, I would appreciate it if you would inform me of your perception of the correct interpretation, so that I can do everything I can to avoid violating it.

Thank you.

-- David Magerman