UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MAGERMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT MERCER,<br><br>               Defendant. | CIVIL ACTION NO.: 2:17-cv-03490-CDJ |

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 13th day of September, 2017, I caused a copy of the foregoing to be served upon all counsel of record via ECF.

_____
Rona J. Rosen