## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2017, I caused a true and correct copy of the foregoing Opposition to Defendant's Rule 11 Motion for Sanctions to be served upon all counsel of record via the Court's electronic filing system.

/s/ Rona J. Rosen
Rona J. Rosen