# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MAGERMAN, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MERCER, <br><br> Defendant. | Case No. 17-cv-03490-CDJ <br><br><br> THE HONORABLE <br> C. DARNELL JONES II |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by all the parties hereto, by and through undersigned counsel, that the above-captioned matter by David Magerman ("Plaintiff") as against Defendant Robert Mercer ("Defendant"), including Defendant's Motion For Rule 11 Sanctions [ECF No. 15], shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own costs.

Respectfully submitted,

Dated: May 18, 2018

_____
William A. Harvey (PA 25344)
Rona J. Rosen (PA 32440)
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
T: (215) 569-2700
F: (215) 568-6603
*Counsel for Plaintiff, David Magerman*

_____
Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5303
T: (202) 955-8500
F: (202) 467-0539
*Counsel for Defendant, Robert Mercer*